O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:16-cr-00480-CAS - 1 |
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| ANDRANIK KAZARYAN, | ) | |
| Defendant. | ) | |
| _____ | ) | |

On October 28, 2019, this matter came before the Court on Petition on Probation and Supervised Release originally filed on October 21, 2019. Government counsel, Hava Mirell and Julia Choe, the defendant and his retained attorney, Armen Shaghzo, were present. The U.S. Probation Officer, Arpa Aghajani, was also present.

The defendant admitted the allegation, in violation of his supervised release, as stated in the Petition filed on October 21, 2019. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on October 21, 2019.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is hereby revoked and reinstated, with the following added conditions:

- The defendant shall participate for a period of eleven (11) months in location monitoring. The defendant shall pay all costs for the location monitoring, if the Probation Officer determines the defendant has the ability to pay; and

///

- The previously imposted condition of Residential Rehabilitation Center (RRC), is hereby removed.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   October 28, 2019

*Christina A. Snyder*
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By:   /S/_____
         Catherine M. Jeang,  Deputy Clerk